```
                                                    FILED
                                                         ...RT

                                              19 NOV 02 PM 3:34

DENNIS J. CONROY (3862)                       DISTRICT OF UTAH
SPENCER SIEBERS (8320)                        BY:_____
SILVESTER & CONROY, L.C.                         DEPUTY CLERK
230 South 5th East, Suite 590
Salt Lake City, Utah 84102
Telephone: (801) 532-2266
```

Attorneys for Powerball International, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| POWERBALL INTERNATIONAL, INC., a Utah corporation, | |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO GENERATION CAPITAL ASSOCIATES' MOTION TO INTERVENE** |
| vs. | |
| LEE MOGUL, an individual; DREW LANZETTA, an individual; and THE INVESTOR ONLINE, a South Carolina partnership, | Civil No. 2-02-CV-1088 |
| | Judge Tena Campbell |
| Defendants. | |

      Plaintiff Powerball International, Inc. ("Powerball"), by and through undersigned counsel, does not oppose Generation Capital Associates' Motion to Intervene.

      DATED this _19th_ day of November, 2002.

                                              SILVESTER & CONROY, L.C.

                                              Dennis J. Conroy
                                              Spencer Siebers

                                              Attorneys for Powerball International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2002, I caused to be mailed, postage prepaid, via first class United States mail, a true and correct copy of the foregoing **PLAINTIFF'S RESPONSE TO GENERATION CAPITAL ASSOCIATES' MOTION TO INTERVENE** to the following:

> Lee Mogul
> Drew Lanzetta
> The Investor Online
> 1037 Anna Knapp Blvd., Suite B
> Mt. Pleasant, SC 20464

*/s/ Tulene Hatton*