# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Tena Campbell

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Theresa Brown
INTERPRETER:

CASE NO. 02-CV-1088

Powerball v. Mogul

SCANNED

Approved By:_____

## APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Spencer Siebers, Esq. |
| Dft | Mark Pugsley, Esq. |
| Dft | Aaron Murdock, Esq. |

DATE: 01/31/03

MATTER SET: Motion to Dismiss

DOCKET ENTRY:

Generation Capital Associates have been allowed to intervene, although they have not formally filed a document to become a party to this case.

The court requests supplemental briefing following limited discovery. The court reserves on ruling at this time. Discovery is to be completed by 5/15/03. After discovery has been complete, the defendant will have 30 days to file supplemental brief. Plaintiff will have 30 days to respond. Defendants to reply in ten days. The court will make a ruling on the briefs, no hearing will be needed.